IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

EARL PERKINS                                                                        PLAINTIFF

v.                             No. 4:22-cv-500-DPM

JOHNSON & JOHNSON
and ETHICON, INC.                                       DEFENDANTS

JUDGMENT

Perkins's complaint is dismissed without prejudice.

*D.P. Marshall Jr.* (signature)
D.P. Marshall Jr.
United States District Judge

12 April 2023